PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 3 2011

JAMES R LARSEN, CLERK
DEPUTY
YAKIMA, WASHINGTON

| United States of America | ) | |
|---|---|---|
| | ) | |
| vs | ) | |
| | ) | |
| Ashley Rae Brooks | ) | Case No. 2:11CR06056-002 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Ashley Rae Brooks, have discussed with SanJuanita B. Coronado, Pretrial Services/Probation Officer, modification of my release as follows:

Electronic Monitoring: The defendant shall participate in a program of electronically monitored home confinement. The defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation. In the event the defendant does not respond to electronic monitoring or cannot be found, the U.S. Probation office shall forthwith notify the U.S. Marshals Service, who shall immediately find, arrest an detain the defendant.   The defendant shall pay all or part of the cost of the program based upon ability to pay determined by the pretrial services office.

I consent to this modification of my release conditions and agree to abide by this modification.

Signature of Defendant     Date     9·20·11     Pretrial Services/Probation Officer     Date     9/20/11

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel     Date     9/18/11

[X]     The above modification of conditions of release is ordered, to be effective on 9/29/2011.

[ ]     The above modification of conditions of release is not ordered.

Signature of Judicial Officer     Date     9/23/11