PROB 12B
(7/93)

Report Date: July 15, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JUL 1 2 2013**

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ashley Rae Brooks              Case Number: 2:11CR06056-002

Name of Judicial Officer: The Honorable James P. Hutton

Date of Original Sentence: 7/26/2012             Type of Supervision: Supervised Release

Original Offense: Conspiracy and Aiding and       Date Supervision Commenced: 6/12/2013
Abetting, 18 U.S.C. § 371 & 2; Manufacturing
Counterfeit Currency and Aiding and Abetting , 18
U.S.C. § 471 & 2; Possession of Counterfeit Currency
and Aiding and Abetting , 18 U.S.C. § 472 & 2

Original Sentence: Prison - 366 Days; TSR - 36    Date Supervision Expires:  6/11/2016
Months

===

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

> To remove condition 14, which directs the offender to participate in the home confinement program under
> electronic monitoring for up to 180 days.

### CAUSE

The offender released from the custody of the Bureau of Prisons on June 12, 2013, to her mother's home in Richland,
Washington. She has obtained employment, chemical dependancy treatment, and has a stable residence. At this time
there does not appear to be any need to keep the offender under home confinement or electronic monitoring. For this
reason it would be respectfully recommended the condition be removed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/15/2013
_____

s/David L. McCary
_____

David L. McCary
U.S. Probation Officer

Prob 12B
**Re:  Brooks, Ashley Rae**
**July 15, 2013**
**Page 2**

THE COURT ORDERS

[   ]     No Action
[   ]     The Extension of Supervision as Noted Above
[X]     The Modification of Conditions as Noted Above
[   ]     Other

_____
Signature of Judicial Officer

_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

To remove condition 14, which directs the defendant to participate in the home confinement program under electronic monitoring for up to 180 days.


Witness: _____        Signed: _____
                David L. McCary                                   Ashley Rae Brooks
             U.S. Probation Officer                       Probationer or Supervised Releasee


                            July 10, 2013
                                 Date